FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

2003 AUG 19 PM 4: 18

U.S. DISTRICT COURT
N.D. OF ALABAMA

Willa Dunner, Thomas McConnell,
Darryl Hawkins

    Plaintiffs,

v.                              CIVIL ACTION NO._____

Ray West, Elaine West d/b/a The Maintenance        CV-03-TMP-2306-S
Crew, Inc. The Maintenance Crew, Inc.;

    Defendants.

---

## COMPLAINT

1.    This is an action under the Fair Labors Standards Act of 1938, 29 U.S.C. §§ 201 et seq. (hereinafter the "Fair Labors Standards Act" or "FLSA"). Plaintiffs seek payment for unpaid wages and overtime and liquidated damages that they were and continue to be deprived of due to Defendants' violations of the Fair Labor Standards Act. Plaintiffs also seeks a reasonable attorney fee and costs pursuant to 29 U.S.C. § 216(b).

## JURISDICTION

2.    Count I of this action arises under the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b). Jurisdiction is based on 28 U.S.C. § 1331, (federal question).

## VENUE

3.    All parties are located within the Northern District of Alabama, Southern Division. Further the acts complained of took place within this District and Division, therefore, proper venue for this action lies within the Northern District of Alabama, Southern Division.

## PARTIES

4.    Plaintiff, Willa Dunner (hereinafter "Dunner") is a former employee of The Maintenance Crew, Inc. Plaintiff was an employee within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203 (e) (1). Dunner is an adult resident citizen of Jefferson County, Alabama.

5.    Plaintiff, Thomas McConnell (hereinafter "McConnell") is a former employee of The Maintenance Crew, Inc. Plaintiff was an employee within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203 (e) (1). McConnell is an adult resident citizen of Jefferson County, Alabama.

6.    Plaintiff, Darryl Hawkins (hereinafter "Hawkins") is a former employee of The Maintenance Crew, Inc. Plaintiff was an employee within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203 (e) (1). Hawkins is an adult resident citizen of Jefferson County, Alabama.

7.    The Defendants Ray West & Elaine West (hereinafter "the Wests") are the owners/operators of Defendant The Maintenance Crew Inc. Plaintiffs assert that the Wests, collectively and individually, are employers within the meaning of 29 U.S.C. § 203(d) of the Fair Labor Standards Act.

8.    Defendant The Maintenance Crew, Inc. (hereinafter "TMC") is an Alabama corporation, doing business in Alabama and in Jefferson County, Alabama; and is engaged in commerce or in the production of goods for commerce within the meaning of the Fair Labor Standards Act 29 U.S.C. § 203(e) (1). Specifically, Defendant conducts repair and cleaning services for apartment buildings and some commercial enterprises in the greater Birmingham, Alabama area.

## FACTUAL ALLEGATIONS

9.    Willa Dunner was employed by the Defendants beginning on or about September, 2002 and terminated on or about June, 2003. During her employment, Dunner was an employee

who was engaged in commerce, engaged in the production of goods for commerce and/or employed in an enterprise engaged in commerce or in the production of goods for commerce.

10. McConnell was an employee of the Defendants since on or about June, 2000 through April, 2003. During his employment, McConnell was an employee who was engaged in commerce, engaged in the production of goods for commerce and/or employed in an enterprise engaged in commerce or in the production of goods for commerce.

11. Hawkins was an employee of the Defendants since on or about September, 2002 through June, 2003. During his employment, Hawkins was an employee who was engaged in commerce, engaged in the production of goods for commerce and/or employed in an enterprise engaged in commerce or in the production of goods for commerce.

12. Dunner was employed by the Defendants at the regular rate of $10/hour as an apartment cleaner.

13. McConnell was employed by the Defendants at the regular rate of $10/hour in the position of carpet cleaner/general laborer for Defendants.

14. Hawkins was employed by the Defendants at the regular rate of $13.64/hour in the position of carpet cleaner/general laborer for Defendants.

15. Defendants willfully failed to comply with the minimum wage requirements of the Fair Labor Standards Act 29 U.S.C. §206 during some periods of Plaintiffs' employment by failing to pay them anything for some of the hours they worked. Plaintiffs allege that Defendants deducted hours from their paychecks and/or refused to honor their time sheets for hours worked. During this time period the minimum wage was $5.15/hour.

16.    The Defendants willfully failed to comply with the maximum hour provisions of the Fair Labor Standards Act 29 U.S.C. § 207, by failing to pay any overtime for numerous overtime hours worked by Plaintiffs during their period of employment with Defendants.

### COUNT I – VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

17.    Plaintiffs hereby reallege paragraphs 1 through 16 as though fully set forth herein.

18.    Defendants, by failing to pay Plaintiffs for numerous hours worked, willfully failed to compensate Plaintiffs at the minimum wage rate set by 29 U.S.C. §206.

19.    Defendants willfully failed to compensate Plaintiffs at a rate of one and one-half times each Plaintiffs' regular hourly rate for all hours worked in excess of 40 hours during the period of their respective employment.

20.    Defendants, by such failure, willfully violated the overtime provisions of the Fair Labor Standards Act 29 U.S.C. § 207.

WHEREFORE, Plaintiffs request this court enter judgment in favor of the Plaintiffs and against Defendants, for:

(1) all amounts of overtime wages and minimum wages that Plaintiffs should have received under the Fair Labor Standards Act but for Defendants' willful violation of their rights, plus an equal amount in liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) subject only to the three year statute of limitations of 29 U.S.C. 255(a).

(2) Interest; and

(3) all reasonable costs and attorney's fee pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).

STERLING L. DERAMUS
Attorney for Plaintiffs

2015 First Avenue North
Birmingham, AL 35203
(205) 458-1100

**<u>PLAINTIFFS DEMAND TRIAL BY STRUCK JURY</u>**

Sterling L. DeRamus
Attorney for Plaintiffs

PLEASE HOLD SERVICE – PLAINTIFF WILL REQUEST DEFENDANTS WAIVE SERVICE
OF PROCESS PURSUANT TO F.R.C.P. 4(d)

Defendants' Address:

Ray West
178 West Valley Avenue
Birmingham, Alabama 35209

Elaine West
178 West Valley Avenue
Birmingham, Alabama 35209

The Maintenance Crew, Inc.
178 West Valley Avenue
Birmingham, Alabama 35209